

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-19-00119-CV

**INFINITY COUNTY MUTUAL INSURANCE COMPANY**,
Appellant

v.

Michael **TATSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12977
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice[1]

The panel has considered Appellee's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court

---

[1] Dissents to the denial of the motion for rehearing.